UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT G. CISCO,<br><br>              Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>             Defendant. | CASE NO.   C06-5330KLS<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

    Plaintiff's application to proceed *in forma pauperis* (Dkt. #1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

    The clerk is directed to send copies of this Order to counsel of record and to issue the Summonses.

    DATED this 22nd day of June, 2006.

*(signature)*

Karen L. Strombom
United States Magistrate Judge

ORDER
Page - 1